```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                    CASE NO. 12-14017-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

**MARGARITO ARGUELLO,**

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on November 28, 2018.

Magistrate Judge Shaniek N. Maynard held a Evidentiary Hearing was held on January 16, 2019 and a Report and Recommendation was filed recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of January, 2019.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Panayotta Augustin-Birch, AFPD
        Diana Acosta, AUSA
        Beau McGee, USPO